1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMIE MARGARET MIDWOOD,              No.  2:24-cv-01668 AC

12              Plaintiff,               ORDER GRANTING IFP AND
                                         DIRECTING E-SERVICE
13        v.

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16

17        Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See

18   28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19   security" by a person that is unable to pay such fees).[1]  ECF No. 3.  Plaintiff submitted the

20   required affidavit, which demonstrates an inability to prepay fees and costs or give security for

21   them.  Accordingly, IT IS HEREBY ORDERED that:

22        1.    Plaintiff's request to proceed in forma pauperis (ECF No. 3) is GRANTED;

23        2.    The Clerk of Court is directed to issue a summons for this case;

24        3.    In keeping with the court's e-service procedure for Social Security cases,[2] service

25              on the defendant Commissioner of Social Security Administration shall proceed

26   ───────────────────────
     [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
27   pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).
     [2]  http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-
28   effective-after-june-15-2021/

                                         1

1    under the court's E-Service program as follows.  Once a summons is issued, the

2    Clerk of Court shall deliver to the Commissioner of Social Security

3    Administration and the United States Attorney's Office at their designated email

4    addresses a notice of electronic filing of the action along with the summons and

5    complaint.  The Commissioner has agreed not to raise a defense of insufficient

6    service of process if provided with notice of a complaint as detailed in this order.

7    This order is not intended to prevent parties from making any other motions that

8    are appropriate under the Federal Rules of Civil Procedure; and

9    4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

10    IT IS SO ORDERED.

11   DATED: June 14, 2024

12    _____
     ALLISON CLAIRE
13    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28